# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAMOUN AHMED, | No. 4:20-CV-02318 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| WARDEN CLAIR DOLL, | |
| Respondent. | |

## ORDER

### APRIL 23, 2021

Mamoun Ahmed, an individual detained by the United States Department of Homeland Security, Immigration and Customs Enforcement, filed this 28 U.S.C. § 2241 petition challenging his continued detention in light of its duration, as well as the COVID-19 pandemic.[1] On March 31, 2021, Magistrate Judge William I. Arbuckle issued a Report and Recommendation recommending that this Court deny and dismiss without prejudice Ahmed's petition, as Ahmed failed to demonstrate that his detention without a bond hearing was unduly lengthy, and failed to demonstrate any deliberate indifference on the part of prison officials, or unconstitutional conditions of confinement.[2] No timely objections were filed to this Report and Recommendation.

---

[1] Doc. 1.
[2] Doc. 12.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the findings or recommendations made by the magistrate judge.[4] After reviewing the record, the Court finds no error—clear or otherwise—in Magistrate Judge Arbuckle's conclusion that Ahmed is not entitled to relief at this time. Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William I. Arbuckle's Report and Recommendation (Doc. 12), is **ADOPTED**;

2. Ahmed's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED** and **DISMISSED** without prejudice;

3. To the extent that one is required, the Court declines to issue a certificate of appealability;[5] and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[3] Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

[5] *See Slack v. McDaniel,* 529 U.S. 473, 484 (2000) (setting forth legal standard).